**CRIMINAL CASE COVER SHEET**      **U.S. ATTORNEY'S OFFICE**

Defendant Name:   XIAORONG YOU aka SHANNON YOU     19-14
                      LIU XIANGCHEN                            JRG 2

Place of Offense (City & County): Kingsport / Sullivan County

Juvenile: Yes ____ No __X__    Matter to be Sealed: Yes __X__ No ____

Interpreter: No ____ Yes __X__   Language: __Mandarin__

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) __9__ Felony

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| | Conspiracy to Commit Theft of Trade Secrets (18 U.S.C. § 1832(a)(5)) | 1 |
| | Theft of Trade Secrets (18 U.S.C. § 1832(a)(3)) | 2 - 8 |
| | Wire Fraud (18 U.S.C. § 1343) | 9 |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No __X__ Yes ____

Defendant on Supervised Release: Yes ____ No __X__

Violation Warrant Issued? No ____ Yes ____ Case No. _____

Related Case(s):

Case Number      Defendant's attorney      How related

## Criminal Informations:

Pending criminal case:   No ____ Yes ____     Case No. _____

New Separate Case _____     Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____      Appointed: _____

Date: September 12, 2017     Signature of AUSA: *s/ Timothy C. Harker*