UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CR-14 |
| | ) | |
| vs. | ) | |
| | ) | |
| XIAORONG YOU, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DETENTION

At Defendant's initial appearance on ___March 15___, 2019, Defendant and counsel conferred, after which Defendant's counsel announced that Defendant wished to waive a detention hearing without prejudice to requesting one subsequently.

If Defendant later files a motion requesting a detention hearing, such a hearing will be scheduled promptly.

SO ORDERED:

_____
United States Magistrate Judge