UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:19-CR-14 |
| ) | |
| XIAORONG YOU ) | Judge Greer |
| aka SHANNON YOU ) | |
| and ) | |
| LIU XIANGCHEN ) | |

**MOTION TO SEVER**

COMES NOW the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and moves the Court to sever defendant, Liu Xiangchen, from the above-styled case and for cause would show the Court the following:

Although the defendant Liu was indicted at the same time as the other defendant in this case, he has yet to appear in the Eastern District of Tennessee to answer the indictment. The Federal Bureau of Investigation believes the defendant is a permanent resident of China and is unlikely to ever appear in the United States. Accordingly, it is respectfully requested that defendant Liu be severed, so that trial as to the remaining defendant may proceed.

Respectfully submitted this the 18th day of March, 2019.

                                          J. DOUGLAS OVERBEY
                                        United States Attorney

By:    s/ *Timothy C. Harker*
          Timothy C. Harker
          Assistant United States Attorney
          220 W. Depot Street, Suite 423
          Greeneville, Tennessee 37743
          (423) 639-6759
          Timothy.Harker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2019, a true and accurate copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

s/ *Timothy Curtis Harker*<br>
Timothy Curtis Harker<br>
Assistant United States Attorney