IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>XIAORONG YOU a/k/a SHANNON YOU,<br>and LIU XIANGCHEN,<br><br>Defendants | Case No.: 2:19-CR-00014-JRG-MCLC |

**AFFIDAVIT OF XIAOLI (LILY) YOU IN SUPPORT OF DEFENDANT XIAORONG YOU'S MOTION FOR PRETRIAL RELEASE ON CONDITIONS**

I, XiaoLi You a/k/a Lily You, declare as follows:

1. I am over 18 years old. My sister is Defendant Xiaorong You a/k/a Shannon You, Ph.D. Just like my sister, I was born in China. In 1997, I married my husband in China. In 1998, I permanently moved to the United States to rejoin my husband who was already living here. We have two minor sons born and raised in America. We live in San Jose, California.

2. Although we were both born in China, my sister Xiaorong You and I have spent most of our lives in the United States. I do not think my sister wants to return to China because our mother is, regrettably, in a comatose state and our other sister is taking care of our mother. I believe my sister in China wants to emigrate to the U.S. once my mother rests in peace.

3. I also do not have any plans to return to China, and my sister Xiaorong You knows this. My sister and I love each other very much. We stay in touch frequently, and tried to see each other as much as we can, given her busy travel schedule. I do not think she would ever do anything that would prevent us from seeing each other, such as trying to escape from the U.S.

4. I respectfully request the Court to allow my sister to be released before trial in her

AFDOCS/17868700.1

case. She is a very proud woman and I know she wants to fight the charges against her.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2019, at San Jose, California.

_____
XiaoLi You a/k/a Lily You

SEE ATTACHED NOTARY CERTIFICATE

STATE OF CALIFORNIA
COUNTY OF SANTA CLARA

2

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. ~~
2. ~~
3. ~~
4. ~~
5. ~~
6. ~~

_Signature of Document Signer No. 1_       _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

Subscribed and sworn to (or affirmed) before me on this 29th day of March, 20 19, by
(1) Xiao Li You
(and 2) _____
Name(s) of Signer(s)

CAROL A. DEOLDE
Notary Public - California
Santa Clara County
Commission # 2245537
My Comm. Expires Jun 10, 2022

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature Carol A. deOlde
_Signature of Notary Public_

Seal
Place Notary Seal Above

—— OPTIONAL ——
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Affidavit    Document Date: March 29, 2019
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5910

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, <u>Affidavit of Xiaoli (Lily) You in Support of Defendant Xiaorong You's Motion for Pretrial Release on Conditions</u> was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Counsel not indicated on the court's EFS will be served by regular U.S. Mail, postage prepaid.

/s/ Gwendolyn West
Gwendolyn West
