## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 08, 2020

Mr. John L. Medearis
Eastern District of Tennessee
220 W. Depot Street
Greeneville, TN 37743-0000

Re: Case No. 20-5390, *USA v. Xiaorong You*
Originating Case No. : 2:19-cr-00014-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock
For Jennifer Earl

cc: Ms. Debra A. Breneman
Mr. Thomas Jessee
Mr. Corey Bryant Shipley

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-5390

_____

Filed: June 08, 2020

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

XIAORONG YOU, aka Shannon You

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/15/2020 the mandate for this case hereby issues today.

COSTS:  None