# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

V.

Xiarong You

Case Number: 2:19-CR-14

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cynthia Richardson Wyrick | TJ Harker, Matthew Walczweski et al | Thomas Jesse, Corey Shipley |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Karen Bradley | Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 6/25/2020 |  |  | Expert Disclosure (to be filed by defendant in ECF after hearing) |
| 1 |  | 6/25/2020 | x | x | English Translation of Chat Messages |
| 2 |  | 6/25/2020 | x | x | Notice on the Implementation Measures of the Yishi-Yiyi Top Talent Recruitment Plan |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages