

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com
www.google.com

# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1. I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Google provides Internet-based services.

3. Google makes and retains current and historical configuration files for the Drive service. Google can query these records to identify the location of servers configured to process and transmit content for Drive accounts in a particular jurisdiction during a specified timeframe. Those records are:
   A) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
   B) kept in the course of a regularly-conducted business activity of Google; and
   C) are made by Google as a regular practice.

4. I have made or caused to be made a diligent search of those records. No records have been found reflecting that Google had Drive servers in the state of Tennessee for the date range of June 21, 2018 through June 22, 2018. If Google had Drive servers in the state of Tennessee during the relevant time period, I would expect its business records would reflect that fact.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Lorenzo Santavicca_____          Date: 06/22/20
(Signature of Records Custodian)


    Lorenzo Santavicca
(Name of Records Custodian)