UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:19-CR-14 |
| | ) | District Judge Greer |
| XIAORONG YOU | ) | |
| aka SHANNON YOU | ) | |

## CERTIFICATE OF AUTHENTICITY PURSUANT TO FEDERAL RULE OF EVIDENCE 902(14)

I, Forensic Examiner Pasquale J. Rinaldi, Jr., attest, under the penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

    a.    I am a qualified person within the meaning of Federal Rule of Evidence 902(14) because of my qualifications, training and experience. I am employed by the Federal Bureau of Investigation (FBI), and my title is Digital Forensic Examiner. I have been employed by the FBI as a Digital Forensic Examiner for 7 years and 1 month. As a Digital Forensic Examiner with the FBI, I have extensive training and experience creating forensic images of digital devices. Specifically, I have attended 19 training courses on digital forensics, including training courses provided by the FBI, SANS, and AccessData. In the course of my career, I have imaged and analyzed over 600 pieces of digital media in support of over 85 examinations. I have also testified in federal court regarding the authenticity of the digital media and my examinations. I have also trained others in law enforcement regarding creating forensic images and conducting forensic examinations. I received my "Forensic Examiner", "Unix Examiner", and "Senior Examiner" certifications from the FBI. I also received my "AccessData Examiner" certification from AccessData and I received my "GIAC Certified Forensic Analyst" certification from the Global Information Assurance Certification organization.

    b.    I acquired a forensic image for each original electronic device or storage medium listed below. Each original electronic device or storage medium listed below was obtained by the FBI in its investigation of the defendant in this case.

| Original Device/Medium | Date Forensic Image Created | Forensic Image Identifier |
|---|---|---|
| 500GB Western Digital USB hard drive, S/N: WXD1A20H8933 (FBI Item 1B3) | 08/09/2018 | QKX3 |
| 8GB silver SENCOM USB drive, S/N: 9207065D783E5454390 (FBI Item 1B23) | 02/19/2019 | QKX11 |
| 4GB silver can top USB drive, S/N: 87BEFC80BF81C218 (FBI Item 1B23) | 02/19/2019 | QKX12 |

| | | |
|---|---|---|
| 4GB red,silver METLAC USB drive, S/N: 14030110014604801 43706 (FBI Item 1B28) | 02/20/2019 | QKX13 |
| 256MB black SimpleTech SD card, S/N: P256S3FMSPBA4A0240 (FBI Item 1B30) | 02/20/2019 | QKX14 |
| 256MB blue SimpleTech SD card, S/N: 10110506003610 1205080043 (FBI Item 1B30) | 02/20/2019 | QKX15 |
| 256MB black SimpleTech SD card, S/N: 1012043300781011 04240157 (FBI Item 1B30) | 02/20/2019 | QKX16 |
| 125MB NAGASE silver USB drive, S/N: FBJ1112230302629 (FBI Item 1B32) | 02/20/2019 | QKX17 |
| 1GB GOODRICH red USB drive, S/N: 00000000000017F8 (FBI Item 1B32) | 02/20/2019 | QKX18 |
| 1GB Red solutions black,grey USB drive, S/N: 112102000E474B08 (FBI Item 1B32) | 02/20/2019 | QKX19 |
| 500GB Western Digital USB hard drive, S/N: WX11AC7RTNUV (FBI Item 1B1-UNCLASS | 02/21/2019 | QKX20 |
| 1TB Toshiba hard drive, S/N: 18JO5609S from an ASUS F510U laptop computer, S/N: J3N0CX03X471103 (FBI Item 1B3-UNCLASS) | 02/21/2019 | QKX22_1 |
| 256GB Samsung PCIe NVMe drive, S/N: S35CNX0J245064 from a Lenovo Flex 80XA laptop computer, S/N: MP18B12W (FBI Item 1B4-UNCLASS) | 02/21/2019 | QKX23_1 |
| Garmin nuvi 255W GPS, S/N: 1VA365558 (FBI Item 1B10-UNCLASS) | 02/21/2019 | QKX24 |
| 512MB Kingston DataTraveler USB drive, S/N: KF021005 (FBI Item 1B13-UNCLASS) | 02/21/2019 | QKX27 |
| 8GB SMITHERS USB drive, S/N: 7FD51F30 (FBI Item 1B13-UNCLASS) | 02/21/2019 | QKX28 |
| 8GB Toshiba USB drive, S/N: 07846CC8ED87CD8184939782 (FBI Item 1B13-UNCLASS) | 02/21/2019 | QKX29 |
| 1GB red Fusion UV systems USB drive, S/N: 5ABD8489 (FBI Item 1B13-UNCLASS) | 02/21/2019 | QKX30 |
| 1GB red Fusion UV systems USB drive, S/N: 94289CB8 (FBI Item 1B13-UNCLASS) | 02/21/2019 | QKX31 |
| 8GB blue SMITHERS USB drive, S/N: A75A24E1 (FBI Item 1B13-UNCLASS) | 02/21/2019 | QKX32 |
| 1GB green Coke bottle USB drive, S/N: 621D777C4FED915C (FBI Item 1B23) | 02/19/2019 | QKX33 |
| 8GB Grace can USB drive, S/N: F3F538B2 (FBI Item 1B23) | 02/19/2019 | QKX34 |

    c.    I certify that each forensic image listed above is an exact duplicate of the accessible sectors for each original electronic device or storage medium.

d. For each forensic image listed above, I verified the acquisition as an exact duplicate of the accessible sectors for each original electronic device or storage medium using the following process of digital identification. The verification step in the forensic image acquisition process uses a mathematical algorithm which calculates a unique value based on the contents of the original data. This unique value is known as a "hash value" and can be thought of as a digital fingerprint which uniquely identifies the contents of the original device. A hash value is calculated for the contents of the original device and another hash value is calculated for the contents of the acquired forensic image. When the two hash values calculated are identical, this indicates the acquired forensic image is an exact duplicate of the accessible sectors from the original digital storage device.

_____  5/27/2020
Forensic Examiner Pasquale J. Rinaldi, Jr.     Date
Federal Bureau of Investigation