UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-14 |
| | ) | District Judge Greer |
| XIAORONG YOU | ) | |
| aka SHANNON YOU | ) | |

## CERTIFICATE OF AUTHENTICITY PURSUANT TO FEDERAL RULE OF EVIDENCE 902(14)

I, Computer Forensics Analyst (CFA) Brian Wall, attest, under the penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

  a.  I am a qualified person within the meaning of Federal Rule of Evidence 902(14) because I have been served as a Computer Forensics Analyst since 2014. Before I assumed that role I successfully completed Basic Computer Evidence Recovery Training through the Homeland Security Investigations–led Human Exploitation Rescue Operative course. I have also successfully completed Advance Computer Evidence Recovery Training, Cellebrite Mobile Forensics training, Berla IVe vehicle evidence recovery training, as well as multiple different software-based certifications. I have conducted approximately 100 computer forensic examinations since 2014.

  b.  The original electronic devices or storage media at issue here are (1) a hard drive with serial number S35CNX0J245064 from a Lenovo laptop (2) an 8 GB generic USB drive. I received those devices from U.S. Customs and Border Protection.

  c.  I copied the data contained on those original electronic devices or storage media to forensic images on September 14, 2018 (for the Lenovo laptop drive) and September 11, 2018 (for the generic USB drive). Those forensic images were then provided to the Federal Bureau of Investigation (FBI).

  d.  I certify that the forensic images provided to the FBI are exact duplicates of the accessible sectors for each original electronic device or storage medium.

e. I verified that each forensic image listed above was an exact duplicate of the accessible sectors for each original electronic device or storage medium using the following process of digital identification. The verification step in the forensic image acquisition process uses a mathematical algorithm which calculates a unique value based on the contents of the original data. This unique value is known as a "hash value" and can be thought of as a digital fingerprint which uniquely identifies the contents of the original device. A hash value is calculated for the contents of the original device and another hash value is calculated for the contents of the acquired forensic image. When the two hash values calculated are identical, this indicates the acquired forensic image is an exact duplicate of the accessible sectors from the original digital storage device.

_____
Brian Wall
Homeland Security Investigations
Knoxville, Tennessee

May 27 2020
Date