

```
03    AGENT LECKRONE: That's you.
04    MS. YOU: Yeah.
05    AGENT LECKRONE: Performance goals and timeline.May 1st,
06    2018                                                     Case 2:19-cr-00014-JRG-CRW  Document 185-8  Filed 07/07/20  Page 1 of 1  PageID #:
07    clients. That's ███████ right?                                                             2300
```