| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Google Drive (QKX09) | Xiaorong You's Yahoo Return (QKX10) | Xiaorong You's Lansing Hard Drive (QKX20) | Xiaorong You's Lansing iPhone (QKX21) | Xiaorong You's Lenovo Laptop (QKX23) | Xiaorong You's USB Drive (QKX28) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-a QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 23-b QKX03 | | | | 10/01/2017 11:46 AM<br>02/11/2018 08:32 PM | | | | 09/12/2018 11:11 AM<br>09/12/2018 11:51 AM | | | |
| 23-c QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 23-e QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 23-f QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 23-l QKX03 | | | | 02/11/2018 6:36 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 23-m QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 23-o QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-a QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-d QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-e QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-g QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-i QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-j QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-k QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 24-l QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-p QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-q QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-r QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-s QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-u QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-w QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Google Drive (QKX09) | Xiaorong You's Yahoo Return (QKX10) | Xiaorong You's Lansing Hard Drive (QKX20) | Xiaorong You's Lansing iPhone (QKX21) | Xiaorong You's Lenovo Laptop (QKX23) | Xiaorong You's USB Drive (QKX28) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-z QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 24-cc QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-a QKX03 | | | | 02/11/2018 6:48 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-b QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-i QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-j QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-m QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-p QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-s QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-w QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-x QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 25-y QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 26-a QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-b QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-c QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-d QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-e QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-f QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-g QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-h QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-i QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 26-t QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 26-v QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 26-ff QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM | | | |
| 26-hh QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-ii QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Google Drive (QKX09) | Xiaorong You's Yahoo Return (QKX10) | Xiaorong You's Lansing Hard Drive (QKX20) | Xiaorong You's Lansing iPhone (QKX21) | Xiaorong You's Lenovo Laptop (QKX23) | Xiaorong You's USB Drive (QKX28) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26-jj QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-kk QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-ll QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-mm QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-nn QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-oo QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-pp QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-qq QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-rr QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-ss QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-tt QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-uu QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 26-vv QKX03 | | | | 08/29/2017 11:09 PM | | | | | | | |
| 17-d QKX20 | | | | | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 17-e QKX20 | | | | | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 17-f QKX20 | | | | | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 27-a QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 27-b QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 27-c QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 27-d QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 27-e QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 28-a QKX03 | | | | 10/01/2017 04:01 AM 02/11/2018 08:32 PM | | | | 09/12/2018 11:11 AM 09/12/2018 11:51 AM | | | |
| 28-b QKX03 | | | | 10/01/2017 04:01 AM 02/11/2018 08:32 PM | | | | 09/12/2018 11:11 AM 09/12/2018 11:51 AM | | | |
| 28-c QKX03 | | | | 10/01/2017 11:48 AM 02/11/2018 08:32 PM | | | | 09/12/2018 11:11 AM 09/12/2018 11:51 AM | | | |
| 28-d QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 28-f QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 28-h QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 28-i QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 28-k QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 28-m QKX03 | | | | 08/29/2017 11:09 PM | | | | 09/12/2018 11:12 AM 09/12/2018 11:51 AM | | | |
| 29-a QKX03 | | | 03/23/2018 11:43 AM 06/21/2018 06:48 PM | 06/21/2018 6:30 PM | | 06/21/2018 12:31 PM | | | | | |
| 29-c QKX03 | | | 04/04/2018 09:14 AM 06/21/2018 06:48 PM | 06/21/2018 6:30 PM | | 06/21/2018 12:29 PM | | | | | |
| 29-d QKX03 | | | 12/14/2017 02:37 PM 06/13/2018 05:04 PM 06/21/2018 06:48 PM | 06/21/2018 6:30 PM | | 06/21/2018 12:32 PM | | | | | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Google Drive (QKX09) | Xiaorong You's Yahoo Return (QKX10) | Xiaorong You's Lansing Hard Drive (QKX20) | Xiaorong You's Lansing iPhone (QKX21) | Xiaorong You's Lenovo Laptop (QKX23) | Xiaorong You's USB Drive (QKX28) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-e QKX03 | | | | 10/02/2017 09:46 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:37 PM | | | | | |
| 29-g QKX03 | | | | 03/26/2018 07:52 PM<br>06/21/2018 06:48 PM | 06/21/2018 6:30 PM | | 06/21/2018 12:29 PM | | | | | |
| 29-i QKX03 | | | | 10/09/2017 08:31 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-j QKX03 | | | | 06/13/2018 05:07 PM<br>< 06/21/2018 06:48 PM | 06/21/2018 6:30 PM | | 06/21/2018 12:29 PM | | | | | |
| 29-k QKX03 | | | | 10/06/2017 10:29 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-m QKX03 | | | | 10/06/2017 04:45 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-n QKX03 | | ptx | | 02/13/2018 04:47 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:37 PM | | | | | |
| 29-o QKX03 | | | | 02/12/2018 09:31 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:37 PM | | | | | |
| 29-p QKX03 | | | | 01/03/2018 08:32 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-q QKX03 | | | | 11/05/2017 04:54 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-r QKX03 | | | | 10/01/2017 09:47 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-t QKX03 | | | | 02/13/2018 03:52 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-u QKX03 | | | | 02/13/2018 03:41 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:30 PM | | | | | |
| 29-v QKX03 | | | | 12/14/2017 10:48 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:37 PM | | | | | |
| 29-w QKX03 | | | | 12/07/2017 03:15 PM<br>12/10/2017 02:45 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:31 PM | | | | | |
| 29-x QKX03 | | | | 12/07/2017 03:17 PM<br>12/10/2017 05:15 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:31 PM | | | | | |
| 29-y QKX03 | | | | 12/12/2017 03:55 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:40 PM | | | | | |
| 11-o QKX03 | | | | | 03/15/2018 11:18 PM | | | 10/25/2017 11:11 AM | | | | |
| 11-p QKX03 | | | | | 03/15/2018 11:18 PM | | | | | | | |
| 11-q QKX03 | | | | 08/29/2017 08:12 PM<br>06/21/2018 06:44 PM | 06/21/2018 06:36 PM<br>06/21/2018 06:44 PM | 07/03/2018 10:18 PM | 06/21/2018 12:39 PM | | 08/09/2018 10:24 PM<br>09/06/2018 10:00 PM<br>09/29/2018 02:20 PM<br>01/01/2019 03:20 PM<br>01/01/2019 03:20 PM | | | |
| 11-r QKX03 | | t | | | 09/09/2017 3:26 PM | 03/15/2018 11:18 PM | | | | | | |
| | | al | | | 09/09/2017 9:07 PM | 03/15/2018 11:18 PM | | | | | | |
| 13-c QKX01 | | | 06/11/2018 5:26 PM | | | | | | | | | |
| | | | | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:08 PM | | |
| 13-d QKX01 | | | 06/11/2018 5:26 PM | | | | | | | | | |
| | | | | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:08 PM | | |
| 13-e QKX01 | | | 06/11/2018 5:27 PM | | | | | | | | | |
| | | | | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:08 PM | | |
| 13-f QKX01 | | | 06/11/2018 5:27 PM | | | | | | | | | |
| | | | | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:08 PM | | |
| 13-g QKX01 | | | 06/11/2018 5:27 PM | | | | | | | | | |
| | | | | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:07 PM | | |
| 13-h QKX01 | | | 06/11/2018 5:27 PM | | | | | | | | | |
| | | | | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:07 PM | | |
| 13-i QKX01 | | | 06/11/2018 5:27 PM | | | | | | | | | |
| | | | | | | | | | | 07/05/2018 12:08 PM | | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Google Drive (QKX09) | Xiaorong You's Yahoo Return (QKX10) | Xiaorong You's Lansing Hard Drive (QKX20) | Xiaorong You's Lansing iPhone (QKX21) | Xiaorong You's Lenovo Laptop (QKX23) | Xiaorong You's USB Drive (QKX28) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-j QKX01 | | 06/11/2018 5:28 PM | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:08 PM | | |
| 13-k QKX01 | | 06/11/2018 5:28 PM | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:08 PM | | |
| 13-l QKX01 | | 06/11/2018 5:30 PM | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:07 PM | | |
| 13-m QKX01 | | 06/11/2018 5:30 PM | | | 07/03/2018 9:51 PM | | | | 07/05/2018 12:07 PM | | |
| 13-n QKX01 | | 06/11/2018 5:30 PM | | | 07/03/2018 9:51 PM | | | | 07/03/2018 6:03 PM | | |
| 13-o QKX01 | | 04/13/2017 1:17 AM | | | | | | | | | |
| 13-p QKX01 | | 04/13/2018 1:22:00 AM | | | | | | | | | |
| 13-q QKX01 | | 05/05/2018 6:59 PM 05/07/2018 5:49 AM | | | | | | | 07/05/2018 1:02 PM | | |
| 13-r QKX01 | | 05/05/2018 6:59 PM 05/07/2018 5:49 AM | | | | | | | 07/05/2018 1:01 PM | | |
| 13-s QKX01 | | 05/05/2018 6:59 PM 05/07/2018 5:49 AM | | | | | | | 07/05/2018 1:01 PM | | |
| 13-t QKX01 | | 05/04/2018 04:25 AM 05/04/2018 05:22 AM 05/04/2018 07:12 AM 05/04/2018 08:24 AM 05/04/2018 08:29 AM 05/04/2018 10:02 AM | 06/21/2018 6:49 PM | | | | | | | | |
| | | | | | | | 04/22/2018 5:19 AM | | | | |
| | | | 04/22/2018 11:34 AM 06/21/2018 06:42 PM | 06/21/2018 6:31 PM | 07/03/2018 10:19 PM | 06/21/2018 12:28 PM | | 08/09/2018 10:24 PM 09/06/2018 10:00 PM 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 09/18/2018 10:48 PM | |
| | | | 05/04/2018 09:36 AM 05/06/2018 06:31 AM 06/10/2018 10:31 PM 06/21/2018 06:49 PM | 06/21/2018 6:31 PM | | 06/21/2018 12:26 PM | | | | | |
| | | 05/04/2018 6:51 PM | | | | | | | | | |
| | | 05/04/2018 09:28 PM 05/04/2018 09:55 PM 05/05/2018 06:14 AM | | | | | | | | | |
| 13-v QKX01 | | 06/10/2018 5:09 PM | | | | | | | | | |
| 13-w QKX01 | | 11/08/2017 9:28 AM | | | | | | | | | |
| | | | | | 08/29/2018 3:27 AM | | | 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 08/29/2018 3:27 AM | |
| | | | | | 08/30/2018 5:47 PM | | | 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 08/30/2018 5:47 PM | |
| 15-c QKX23 | | | | | 08/30/2018 5:49 PM | | | 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 08/30/2018 5:49 PM | |
| | | | | | 09/01/2018 7:22 PM | | | 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 09/01/2018 7:22 PM | |
| 16-c QKX21 | | | | | | | | | 11/20/2018 12:43 AM | | |
| 16-d QKX21 | | | | | | | | | 11/20/2018 8:11 PM | | |
| 16-e QKX21 | | | | | | | | | 11/21/2018 4:31 AM | | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Google Drive (QKX09) | Xiaorong You's Yahoo Return (QKX10) | Xiaorong You's Lansing Hard Drive (QKX20) | Xiaorong You's Lansing iPhone (QKX21) | Xiaorong You's Lenovo Laptop (QKX23) | Xiaorong You's USB Drive (QKX28) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-f QKX21 | | | | | | | | | 11/21/2018 4:40 AM | | |
| 16-g QKX21 | | | | | | | | | 02/08/2019 7:34 AM | | |
| 16-h QKX21 | | | | | | | | | 02/08/2019 7:36 AM | | |
| 16-i QKX21 | | | | | | | | | 11/18/2018 3:32 PM | | |
| 16-j QKX01 | | 06/06/18 10:40 PM | | | | | | | | | |
| | | | | | | | 11/09/2017 6:05 PM | | | | |
| | | 06/10/2018 10:07 PM | 06/10/2018 10:32:00 PM | 06/21/2018 6:31:00 PM | | 06/21/2018 12:26 PM | | | | | |
| | | 03/27/2018 12:29 AM | | | | | | | | | |
| | | 04/06/2017 1:53 AM | | | | | | | | | |
| | | 04/06/2017 2:17 AM | | | | | | | | | |
| 17-c QKX20 | | 03/27/2018 12:29 AM | 03/27/2018 12:48 PM 06/21/2018 06:42 PM | 06/21/2018 6:31 PM | 07/03/2018 10:19 PM | 06/21/2018 12:28 PM | | 08/09/2018 10:24 PM 09/06/2018 10:00 PM 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 09/18/2018 10:48 PM | |
| | | | 02/25/2018 08:15 PM 06/21/2018 06:42 PM | 02/25/2018 08:34 PM 06/21/2018 06:30 PM | 07/03/2018 10:18 PM 08/09/2018 09:44 PM | 06/21/18 12:28 PM | | 08/09/2018 10:24 PM 09/06/2018 10:00 PM 09/29/2018 02:20 PM 01/01/2019 03:20 PM | | 09/18/2018 10:48 PM | 09/18/2018 1:58 PM |
| | | | | | | | 08/23/17 11:00 PM | | | | |