| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|---|
| 23-a QKX03 | ■ | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 23-b QKX03 | ■ | | 10/01/2017 11:46 AM<br>02/11/2018 08:32 PM | |
| | | | | 09/12/2018 11:11 AM<br>09/12/2018 11:51 AM |
| 23-c QKX03 | ■ | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 23-e QKX03 | ■ | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 23-f QKX03 | ■ | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 23-l QKX03 | ■ | | 02/11/2018 6:36 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 23-m QKX03 | ■ | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 23-o QKX03 | ■ | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-a QKX03 | ■ | | 08/29/2017 11:09 PM | |
| | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-d QKX03 | ■ | | 08/29/2017 11:09 PM | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|---|
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-e QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-g QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-i QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-j QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-k QKX03 | | | 08/29/2017 11:09 PM | |
| 24-l QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-p QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-q QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-r QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-s QKX03 | | | 08/29/2017 11:09 PM | |
| | | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|---|
| 24-u QKX03 | ███ | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-w QKX03 | ███ | | 08/29/2017 11:09 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-z QKX03 | ███ | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 24-cc QKX03 | ███ | 13 - | 08/29/2017 11:09 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-a QKX03 | ███ | | 02/11/2018 6:48 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-b QKX03 | ███ | | 08/29/2017 11:09 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-i QKX03 | ███ | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-j QKX03 | ███ | (2) | 08/29/2017 11:09 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-m QKX03 | ███ | | 08/29/2017 11:09 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-p QKX03 | ███ | | 08/29/2017 11:09 PM | |
| | ███ | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-s QKX03 | ███ | | 08/29/2017 11:09 PM | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-w QKX03 | | 08/29/2017 11:09 PM | |
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-x QKX03 | | 08/29/2017 11:09 PM | |
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 25-y QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 26-a QKX03 | | 08/29/2017 11:09 PM | |
| 26-b QKX03 | | 08/29/2017 11:09 PM | |
| 26-c QKX03 | | 08/29/2017 11:09 PM | |
| 26-d QKX03 | | 08/29/2017 11:09 PM | |
| 26-e QKX03 | | 08/29/2017 11:09 PM | |
| 26-f QKX03 | | 08/29/2017 11:09 PM | |
| 26-g QKX03 | | 08/29/2017 11:09 PM | |
| 26-h QKX03 | | 08/29/2017 11:09 PM | |
| 26-i QKX03 | | 08/29/2017 11:09 PM | |
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 26-t QKX03 | | 08/29/2017 11:09 PM | |
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|
| 26-v QKX03 | ■ | 08/29/2017 11:09 PM | |
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 26-ff QKX03 | ■ | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 26-hh QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-ii QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-jj QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-kk QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-ll QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-mm QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-nn QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-oo QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-pp QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-qq QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-rr QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-ss QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-tt QKX03 | ■ | 08/29/2017 11:09 PM | |
| 26-uu QKX03 | ■ | 08/29/2017 11:09 PM | |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|
| 26-vv QKX03 | | 08/29/2017 11:09 PM | |
| | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 17-d QKX20 | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 17-e QKX20 | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 17-f QKX20 | | | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 27-a QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 27-b QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 27-c QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 27-d QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 27-e QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |
| 28-a QKX03 | | 10/01/2017 04:01 AM<br>02/11/2018 08:32 PM | |
| | | | 09/12/2018 11:11 AM<br>09/12/2018 11:51 AM |
| 28-b QKX03 | | 10/01/2017 04:01 AM<br>02/11/2018 08:32 PM | |
| | | | 09/12/2018 11:11 AM<br>09/12/2018 11:51 AM |
| 28-c QKX03 | | 10/01/2017 11:48 AM<br>02/11/2018 08:32 PM | |
| | | | 09/12/2018 11:11 AM<br>09/12/2018 11:51 AM |
| 28-d QKX03 | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM<br>09/12/2018 11:51 AM |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Lansing Hard Drive (QKX20) |
|---|---|---|---|---|
| 28-f QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM 09/12/2018 11:51 AM |
| 28-h QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM 09/12/2018 11:51 AM |
| 28-i QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM 09/12/2018 11:51 AM |
| 28-k QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM 09/12/2018 11:51 AM |
| 28-m QKX03 | | | 08/29/2017 11:09 PM | 09/12/2018 11:12 AM 09/12/2018 11:51 AM |