| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Google Drive (QKX09) |
|---|---|---|---|---|---|
| 29-a QKX03 | | | 03/23/2018 11:43 AM<br>06/21/2018 06:48 PM | 06/21/2018 6:30 PM | 06/21/2018 12:31 PM |
| 29-c QKX03 | | | 04/04/2018 09:14 AM<br>06/21/2018 06:48 PM | 06/21/2018 6:30 PM | 06/21/2018 12:29 PM |
| 29-d QKX03 | | | 12/14/2017 02:37 PM<br>06/13/2018 05:04 PM<br>06/21/2018 06:48 PM | 06/21/2018 6:30 PM | 06/21/2018 12:32 PM |
| 29-e QKX03 | | | 10/02/2017 09:46 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:37 PM |
| 29-g QKX03 | | | 03/26/2018 07:52 PM<br>06/21/2018 06:48 PM | 06/21/2018 6:30 PM | 06/21/2018 12:29 PM |
| 29--i QKX03 | | | 10/09/2017 08:31 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-j QKX03 | | | 06/13/2018 05:07 PM<br>< 06/21/2018 06:48 PM | 06/21/2018 6:30 PM | 06/21/2018 12:29 PM |
| 29-k QKX03 | | | 10/06/2017 10:29 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-m QKX03 | | | 10/06/2017 04:45 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-n QKX03 | | otx | 02/13/2018 04:47 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:37 PM |
| 29-o QKX03 | | | 02/12/2018 09:31 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:37 PM |
| 29-p QKX03 | | | 01/03/2018 08:32 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-q QKX03 | | | 11/05/2017 04:54 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-r QKX03 | | | 10/01/2017 09:47 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-t QKX03 | | | 02/13/2018 03:52 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-u QKX03 | | | 02/13/2018 03:41 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:30 PM |
| 29-v QKX03 | | | 12/14/2017 10:48 AM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:37 PM |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | | Xiaorong You's Eastman Laptop (QKX02) | Eastman Seized Hard Drive (QKX03) | Xiaorong You's Google Drive (QKX09) |
|---|---|---|---|---|---|
| 29-w QKX03 | | | 12/07/2017 03:15 PM<br>12/10/2017 02:45 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:31 PM |
| 29-x QKX03 | | | 12/07/2017 03:17 PM<br>12/10/2017 05:15 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:31 PM |
| 29-y QKX03 | | | 12/12/2017 03:55 PM<br>06/21/2018 06:44 PM | 06/21/2018 6:31 PM | 06/21/2018 12:40 PM |