| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Lansing iPhone (QKX21) |
|---|---|---|---|---|
| 13-c QKX01 | | 06/11/2018 5:26 PM | | |
| | | | | 07/05/2018 12:08 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-d QKX01 | | 06/11/2018 5:26 PM | | |
| | | | | 07/05/2018 12:08 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-e QKX01 | | 06/11/2018 5:27 PM | | |
| | | | | 07/05/2018 12:08 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-f QKX01 | | 06/11/2018 5:27 PM | | |
| | | | | 07/05/2018 12:08 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-g QKX01 | | 06/11/2018 5:27 PM | | |
| | | | | 07/05/2018 12:07 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-h QKX01 | | 06/11/2018 5:27 PM | | |
| | | | | 07/05/2018 12:07 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-i QKX01 | | 06/11/2018 5:27 PM | | |
| | | | | 07/05/2018 12:08 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-j QKX01 | | 06/11/2018 5:28 PM | | |
| | | | | 07/05/2018 12:08 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-k QKX01 | | 06/11/2018 5:28 PM | | |
| | | | | 07/05/2018 12:08 PM |

| Exhibit # - Device | ALL TIMES ARE IN EASTERN (# attachments) CREATED, DELETED, SENT, RECEIVED, PLACED | Xiaorong You's Eastman iPhone (QKX01) | Xiaorong You's Lenovo Laptop (QKX07) | Xiaorong You's Lansing iPhone (QKX21) |
|---|---|---|---|---|
| | | | 07/03/2018 9:51 PM | |
| 13-l QKX01 | | 06/11/2018 5:30 PM | | |
| | | | | 07/05/2018 12:07 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-m QKX01 | | 06/11/2018 5:30 PM | | |
| | | | | 07/05/2018 12:07 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-n QKX01 | | 06/11/2018 5:30 PM | | |
| | | | | 07/03/2018 6:03 PM |
| | | | 07/03/2018 9:51 PM | |
| 13-o QKX01 | | 04/13/2017 1:17 AM | | |
| 13-p QKX01 | | 04/13/2018 1:22:00 AM | | |