# United States of America v. Xiaorong You - Timeline

