

Solvents (e.g., water)

\+

Additives

\+

Cross-linkers

\+

Monomers → Polymers

= Wet coating

**Dried Can Coating**
(Outside Metal Removed)