UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:19-CR-14 |
| ) | JUDGE GREER |
| XIAORONG YOU ) | |
| Defendant ) | |

**MOTION FOR EXTENSION OF TIME TO APPEAL ORDER [DOC. 193]**

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests an extension of time to appeal the Order granting [142] Daubert Motion to Preclude Expert Testimony [Doc. 193] entered by Magistrate Judge Cynthia Wyrick on July 10, 2020 to on or before July 31, 2020. The United States requests this additional time in light of the court's recent order continuing the trial until September 1, 2020. This additional time is necessary due to the United States has spent the last four (4) calendar days, since the Order [193] was issued, preparing for trial.

Wherefore, the United States of America respectfully requests an extension of time to appeal to on or before July 31, 2020.

Respectfully submitted this the 14th day of July, 2020.

        J. DOUGLAS OVERBEY
        UNITED STATES ATTORNEY

        By: */s/ Timothy C. Harker*
            TIMOTHY C. HARKER, NY Bar# 4582177
            Assistant United States Attorney
            800 Market Street, Suite 211
            Knoxville, Tennessee 37902
            (865) 545-4167
            Timothy.Harker@usdoj.gov

By: */s/ Nicholas O. Hunter*
    Nicholas O. Hunter (DC Bar # 1022355)
    Trial Attorney
    U.S. Department of Justice
    National Security Division
    950 Pennsylvania Ave., N.W.
    Washington, D.C. 20530
    Email: nicholas.hunter@usdoj.gov

By: */s/ Matthew R. Walczewski*
    Matthew R. Walczewski (IL Bar #6297873)
    Senior Counsel, U.S. Department of Justice
    Criminal Division
    Computer Crime & Intellectual Property
    Section (CCIPS)
    John C. Keeney Building, Suite 600
    Washington, DC 20530
    (202) 514-1983
    Email: matthew.walczewski@usdoj.gov