# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Kingsport/Sullivan County

Defendant Information:

Juvenile _____ Yes _X_ No       Matter to be Sealed: _____ Yes _X_ No

Defendant Name: XIAORONG YOU a/k/a SHANNON YOU

Interpreter: No _____  Yes _X_  Language Mandarin

Total # of Counts: _____ Petty _____ Misdemeanor (Class ___)   11  Felony

| | ORIGINAL U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | Conspiracy to Commit Theft of Trade Secrets – 18 U.S.C. § 1832 (a)(5) | N | | 1 |
| Set 2 | Theft of Trade Secrets – 18 U.S.C. § 1832(a)(3) | N | | 2 – 8 |
| Set 3 | Wire Fraud – 18 U.S.C. § 1343 | N | | 9 |
| Set 4 | Conspiracy to Commit Economic Espionage – 18 U.S.C. § 1831(a)(5) | Y | 10 | |
| Set 5 | Economic Espionage – 18 U.S.C. § 1831(a)(3) | Y | 11 | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): September 1, 2020  before Judge Greer

Criminal Complaint Filed: No _X_  Yes _____  Case No. 2:19-CR-14
Related Case(s):

Case Number    Defendant's attorney       How related

## Criminal Informations:
Pending criminal case:   No _____  Yes _____  Case No. _____

New Separate Case _____       Supersedes Pending Case _____

Name of defendant's attorney: Tom Jessee; Corey Shipley; Curt Collins
Retained: _X_       Appointed: _____

Date: August 4, 2020       Signature of AUSA: _[signature]_