# CRIMINAL CASE COVER SHEET     · U.S. ATTORNEY'S OFFICE

Place of Offense (City & County):  Kingsport/Sullivan County

Defendant Information:

Juvenile _____ Yes__X__ No      Matter to be Sealed: _____Yes __X_ No

Defendant Name:  HONGMEI FAN

Interpreter:  No _____ Yes _X_    Language   Mandarin

Total # of Counts: _____ Petty _____ Misdemeanor (Class ____) __2__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| | | |

*(Use tab key after entering counts to create additional rows)*

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count<br># | Old<br>Count #<br>( if<br>applicable) |
|---|---|---|---|---|
| Set 1 | Conspiracy to Commit Theft of Trade Secrets – 18 U.S.C. § 1832 (a)(5) | N | | 1 |
| Set 4 | Conspiracy to Commit Economic Espionage – 18 U.S.C. § 1831(a)(5) | Y | 10 | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set):  September 1, 2020     before Judge  Greer

Criminal Complaint Filed: No __X__ Yes _____ ·Case No. 2:19-CR-14
Related Case(s):

---
Case Number     Defendant's attorney         How related
## Criminal Informations:
Pending criminal case:    No _____ Yes _____ Case No. _____

New Separate Case _____     Supersedes Pending Case _____

Name of defendant's attorney: _____
Retained: _____     Appointed: _____

Date:  August 4, 2020     Signature of AUSA: *[signature]*