UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:19-CR-14 |
| ) | JUDGE GREER |
| XIAORONG YOU ) | |
|     Defendant ) | |

## MOTION FOR SUGGESTION OF TRIAL DATE

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby submits this Motion for Suggestion of Trial Date and respectfully suggest to the court the date of January 12, 2021, and for cause, would state as follows:

1. That the holiday season in the United States generally ends on January 2 of the year.

2. That schools (elementary, secondary, and post-secondary) generally resume classes within the first or second week of January.

3. That January 12 would allow potential jurors the ability to resume their normal day-to-day routines and household schedules free from the pressure of appearing for voir dire and potential jury service.

4. That January 12 would allow for ease with travel arrangements for witnesses.

Wherefore, the United States of America respectfully submits a suggested trial date of January 12, 2021.

Respectfully submitted this the 17th day of August, 2020.

                        J. DOUGLAS OVERBEY
                        UNITED STATES ATTORNEY

                    By: */s/ Timothy C. Harker*
                        TIMOTHY C. HARKER, NY Bar# 4582177
                        Assistant United States Attorney
                        800 Market Street, Suite 211
                        Knoxville, Tennessee 37902
                        (865) 545-4167
                        Timothy.Harker@usdoj.gov

                    By: */s/ Nicholas O. Hunter*
                        Nicholas O. Hunter (DC Bar # 1022355)
                        Trial Attorney
                        U.S. Department of Justice
                        National Security Division
                        950 Pennsylvania Ave., N.W.
                        Washington, D.C. 20530
                        Email: nicholas.hunter@usdoj.gov

                    By: */s/ Matthew R. Walczewski*
                        Matthew R. Walczewski (IL Bar #6297873)
                        Senior Counsel, U.S. Department of Justice
                        Criminal Division
                        Computer Crime & Intellectual Property
                        Section (CCIPS)
                        John C. Keeney Building, Suite 600
                        Washington, DC 20530
                        (202) 514-1983
                        Email: matthew.walczewski@usdoj.gov