UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | No.  2:19-CR-14 |
| XIAORONG YOU | ) | |

## VERDICT FORM

We, the members of the jury, find unanimously from all the evidence, as follows:

1. As to Count One, charging a violation of 18 U.S.C. § 1832(a)(5) (conspiracy to commit theft of trade secrets), we find the defendant:

    _____ NOT GUILTY

    \_\_✓\_\_ GUILTY

2. As to Count Two, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to Akzo-Nobel), we find the defendant:

    _____ NOT GUILTY

    \_\_✓\_\_ GUILTY

3. As to Count Three, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to BASF), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

4. As to Count Four, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to Dow Chemical), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

5. As to Count Five, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to PPG), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

6. As to Count Six, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to Sherwin Williams / Valspar), we find the defendant:

_____ NOT GUILTY

__✓__ GUILTY

7. As to Count Seven, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to ToyoChem), we find the defendant:

_____ NOT GUILTY

__✓__ GUILTY

8. As to Count Eight, charging a violation of 18 U.S.C. § 1832(a)(3) (possession of a stolen trade secret belonging to Eastman Chemical), we find the defendant:

_____ NOT GUILTY

__✓__ GUILTY

3

9. As to Count Nine, charging a violation of 18 U.S.C. § 1343 (wire fraud), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

10. As to Count Ten, charging a violation of 18 U.S.C. § 1831(a)(5) (conspiracy to commit economic espionage), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

11. As to Count Eleven, charging a violation of 18 U.S.C. § 1831(a)(3) (economic espionage), we find the defendant:

_____ NOT GUILTY

___✓___ GUILTY

Foreperson: ███████████

Date: 4/22/21

4