UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:19-CR-14 |
| ) | JUDGE GREER |
| XIAORONG YOU ) | |
| Defendant ) | |

## MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, hereby submits this Motion for Continuance of Sentencing, and for cause, would state as follows:

1. That the sentencing in this matter is currently scheduled for November 1, 2021.

2. That the government is in continuous trial preparation on another matter, and that matter is scheduled for trial beginning November 1, 2021.

3. That the sentencing hearing in this matter, *United States v. Xiaorong You*, is anticipated to require the majority of one day for arguments on the intended loss amount, and presentation of witness and victim impact statements.

Wherefore, the government respectfully requests the sentencing hearing be continued until sometime in early December or after the New Year.

Further, the government requests that all associated deadlines, i.e. responses to the presentence report and sentencing memorandums, be continued to conform with the new sentencing hearing date.

Respectfully submitted this the 30th day of September, 2021.

            FRANCIS M. HAMILTON III
            ACTING UNITED STATES ATTORNEY

By: */s/ Timothy C. Harker*
    TIMOTHY C. HARKER, NY Bar# 4582177
    Assistant United States Attorney
    800 Market Street, Suite 211
    Knoxville, Tennessee 37902
    (865) 545-4167
    Timothy.Harker@usdoj.gov

By: */s/ Nicholas O. Hunter*
    Nicholas O. Hunter (DC Bar # 1022355)
    Trial Attorney
    U.S. Department of Justice
    National Security Division
    950 Pennsylvania Ave., N.W.
    Washington, D.C. 20530
    Email: nicholas.hunter@usdoj.gov

By: */s/ Matthew R. Walczewski*
    Matthew R. Walczewski (IL Bar #6297873)
    Senior Counsel, U.S. Department of Justice
    Criminal Division
    Computer Crime & Intellectual Property
    Section (CCIPS)
    John C. Keeney Building, Suite 600
    Washington, DC 20530
    (202) 514-1983
    Email: matthew.walczewski@usdoj.gov