October 15, 2021

To: The Honorable J. Ronnie Greer

United States District Judge

c/o Collins Shipley, PLLC

102 S. Main Street

Greeneville, TN 37743

Dear Judge Greer,

My name is Ping Xu, and I am Dr. Xiaorong You's husband of 33 years. I am writing this letter to you in the hope that it will give you an idea of her good character and allow the court to show some leniency on her sentencing.

Xiaorong You came to the United States in 1990. She completed her master's degree as a teaching assistant and earned her PhD degree while working full time. Since then, she has served as a professional staff in various US companies. As an employee, she always puts work as her first priority. At home, her major pastime is reading professional literature. She is constantly looking for opportunities to improve herself professionally. She took patent law trainings and multiple patent paralegal exams on her own time. During her career, she has filed 42 patent applications to protect companies' intellectual properties.

She is not only passionate about science, but also loves to help the younger generation prepare for their professional careers. From 2014 to 2017, she volunteered as an undergraduate mentor at Georgia Institute of Technology. She deeply treasures the certificates that the University issued her in recognition of her dedication to mentoring.

In 1999, she was proudly sworn in as a new American citizen. Her swearing in ceremony was pictured in the local newspaper, which she purchased many copies to share with her friends. Even today she keeps a clipping of the newspaper in her photo book. After being naturalized, she valued the honor and responsibility of being able to vote and cast hers every election year. I recall in the year 2000 presidential election, she was willing to wait for hours in line in order to exercise her right to vote. She even convinced our easily bored 5-year-old daughter to wait with her since she couldn't find anyone to watch her that evening. She certainly does not have any criminal record, not even a driving ticket.

She is a thrifty person. When I moved her stuff out of her apartment in Lansing, MI, I saw the frayed clothes she wore at home and the many bottles of discount shampoo she bought during a sale. On the other hand, she frequently made donations to United Way, Goodwill, and other charities. She is always willing to help others, even strangers.

Once during lunch in a small restaurant, she overheard a waitress saying that she couldn't go to a doctor appointment due to car trouble. Xiaorong volunteered to drive her to the doctor.

I understand the seriousness of the offence she was convicted of. It is my sincere hope that the court takes her good character into consideration at the time of sentencing.

Thank you for taking the time to read this letter.

Sincerely,

*[signature]*

Ping Xu

October 18, 2021

The Honorable J. Ronnie Greer

United States District Judge

c/o Collins Shipley, PLLC

102 S. Main Street

Greeneville, TN 37743

Your Honor,

I am writing a character reference for my older sister Xiaorong You, who has been found guilty in April 2021 at the federal court in Jackson, TN. She is now facing criminal sentencing before your court.

My entire family was taken aback at the news of my sister having committed a crime. She has never been the type of person to do anything that would cause our family any significant disappointment. Instead, my sister has always been the guiding beacon in my life. She studied hard when she was young and was the pride of my family when she was admitted to Qinghua University, the best college in China. She gave me love and care when I grew up and inspired me about the values of hard work. She later went on to complete her PHD at Lehigh University in 1999. I followed her path years later and settled in California. I owe my current lifestyle to the fresh breath of air she passed on to me from this great country.

Since her arrest in 2019, I have been having phone conversations with her every week. I can tell she is sincere in her desire to account for wrongdoing. She has indeed strayed off the path, but I remain convinced that she possesses the desire and determination to learn from this experience and move in a positive direction with her life. She has a large and committed support system in me and her entire family. If she is incarcerated, we will be there for her when she is released. We will do everything in our power to help Xiaorong in her heartfelt desire to return to a positive life.

I am confident that this will be remain a one --off incident for my beloved sister from which she will learn lessons from now on.

Sincerely Yours,

Xiaoli You

October 15, 2021

The Honorable J. Ronnie Greer
United States District Judge
c/o Collins Shipley, PLLC
102 S. Main Street
Greeneville, TN 37743

Dear Judge Greer,

I am Xiaorong You's daughter, and I'm writing to speak to her good character. My mother came to this country with my father almost 30 years ago. She had only a suitcase of clothes and a few dollars to start out in a foreign country with a language she hadn't fully mastered. It wasn't for a more luxurious life. She saved all the money she could, spending Saturday mornings poring over coupons in the newspaper, getting her clothes at department store sales, never traveling for a vacation -- all so that she could provide a better life for her family.

She's an incredibly hard worker and dedicated employee. In my memory, she never took days off, and even on holidays, if we weren't doing something as a family, she used her free time to study and grow her skills in her field. She used those skills to develop many patents for the companies lucky enough to have her, and she stuck with them instead of jumping around every year trying to get better offers like so many do. She worked for the same company in Delaware from the earliest I can remember to when I was in the 5th grade, during which time the company relocated and she was forced to decide between relocating with them or finding a new job. After a month of searching and trying to find another job in the area, she had to choose something further away and joined Honeywell, where she worked for 8 years. After that, she joined The Coca-Cola Company where she would have gladly stayed if not for being pushed out in a restructuring.

She doesn't always express herself well, but you won't find anyone as caring. Every night when I was growing up, she would cut fruit and silently put all the best parts in my bowl and only eat the parts by the rind. When she had to move to Massachusetts, she would drive 8 hours on Fridays to spend weekends with my father and me in Delaware, and then drive another 8 hours on Sundays to get back to work. She kept this up for several months before my father and I were finally able to move to Massachusetts with her. We didn't always have long conversations, but I could see how much she cared from her actions.

My mother is a good, honest, hardworking person who made a mistake. I know that she has been convicted of keeping some documents she wasn't supposed to keep after leaving her job, but she isn't the kind of person who meant to do anything wrong with them. She's paid for her mistake with years of her life already, and I know she's learned from it and will be careful to

Oct. 20, 2021

**The Honorable J. Ronnie Greer**

United States District Judge c/o Collins Shipley, PLLC

102 S. Main Street

Greeneville, TN 37743

Dear Sir:

I am Dr. Jianna Wang, a research scientist in a Fortune 500 company. I have known Dr. You since 2004. Dr. You and I worked together for four years in the same group at an R&D center. I have kept occasional contact with Dr. You after she left the company in 2008. Recently, Dr. You's attorney asked me to write my recollections of Dr. You. While It has been 13 years since Dr. You left the company, I still have vivid memories of Dr. You, her kindness, intense curiosity and problem solving wisdom. The following is my recollection of Dr. You.

**Kind and open hearted helper**

By the time I joined the company, Dr. You had been working there for 2 years. In a large corporation, researchers often have a sense of peer competition. Dr. You, however, was an exception. She generously shared her insights without reservations. Whenever I had a question, Dr. You had always enthusiastically shown me the ins and outs, explained complicated theory and applications in great detail, with total openness and intense curiosity. She really enjoyed sharing and helping. I vividly remember the moment when she said: helping others is helping yourself.

Dr. You was not only generous in offering her technical insights, but also willing to offer help to people around her. When one colleague needed to raise funds, Dr. You not only donated money without hesitation, but also enthusiastically encouraged everyone in the group to donate. Similar things happened many times.

### A loving daughter and responsible mother

As a friend and coworker, I got to know Dr. You's family life. Her 80-year-old mother had dementia. For many years, Dr. You never had a vacation. Instead, she spent all of her paid vacation days traveling back to stay with her mother. At about the same time, her teenage daughter was in a rebellious developmental stage. Dr. You taught herself adolescence psychology and changed her style of parenting. Her intellectual engagement and unconditional love smoothed the tension and put everything back on track. Recently, her daughter graduated from a top college and has become a happy and well-rounded individual.

### A talented engineer

In the late 80s, Dr. You came to the States to pursue her Ph.D and started working in her scientific field. During our time together in the R&D center, Dr. You had the sharpest mind and always had new ideas. She became an expert in her field, and quickly made significant contributions to the company. The products that she developed have been good sellers for many years.

She was a wise problem solver. There was a manufacturing process problem on controlling the oven heating time. Nothing worked after many attempts, Dr. You proposed a temperature sensitive pigment that changes color when proper heating time was reached. Problem was solved in an elegant and easy way.

In conclusion, Dr. You is a kind and talented individual. In all of her productive years, she has been using her talent with kindness in making tangible contributions to companies and communities in the US. I am sure that she will learn the lesson, and I sincerely hope that she will be given opportunities to restart before too long.

Sincerely yours,

Jianna Wang, Ph. D.

October 2012

## Character Letter for Dr. Xiaorong You

*RE: U.S.A. vs. Xiaorong You*
*Case No. 2:19-CR-14*

The Honorable J. Ronnie Greer
United States District Judge
c/o Collins Shipley, PLLC
102 S. Main Street
Greeneville, TN 37743

Dear Mr. Greer:

My name is Daniel James Mickish, I hold a Ph.D. in Mathematics and Physics.

I knew Dr. You while we both worked for *E. I. DuPont and Co.* I was manager of DuPont's high tech 3-D printing business. Dr. You reported to me as a Senior Chemist for about four years.

During that time, she continued to make significant advances in chemistry, earning several *US* patents and scientific publications.

She was promoted several times, including one time when my management promoted her even without first consulting me.

She was one of the best scientists that I encountered during my thirty years at *DuPont* and *DSM (Dutch State Mines)*.

Occasionally she would act as ambassador for the business in support of its marketing activities. This included interaction with customers, both domestic and international, and at trade shows.

Dr. You would often take the initiative and persuade other team members to join her in solving manufacturing problems, for subsequent scale-up by the factory.

Dr. You has exhibited great love for her friends and family. She often mentioned the status of her mother and sisters.

She was very generous in inviting our daughter to aid her daughter in navigating the *Johns Hopkins* campus. Both daughters eventually graduated from *Johns Hopkins*, both receiving prestigious employment positions.

As indicated above, Dr. You was very productive during the time that she reported to me at *DuPont*. Dr. You's ability to recall times, places and people is the best that I have witnessed. Her personality drives her to perfection, and for that reason I believe that she will continue to be very productive member of society in the future.

I recall the day when she was awarded *USA* citizenship, she was elated and was eager to inform all of her co-workers of her newly acquired status.

---

I was astonished at reading that Dr. You had been charged with a crime. There is nothing in my interactions with her that suggest that she would commit any crime.

Please let me know if I can be or further assistance in Dr. You's benefit.

Daniel J. Mickish, Ph.D.

January 3, 2022

To:
The Honorable J. Ronnie Greer
United States District Judge
c/o Collins Shipley, PLLC
102 S. Main Street
Greeneville, TN 37743
Ref. Character Letter for Dr. Xiaorong You

My name is Hongmei Cai, Ph.D. in Biomedical Engineering. I am writing in reference to Case No. 2:19-CR-14, which involves Dr. Xiaorong You. I have known Dr. You for more than ten years. As a family friend, I believe I can speak to Dr. You's moral character and hope you will take this letter into account when making your decision.

To my knowledge, Dr. You possessed a great deal of integrity and constantly strived to make sure she was doing the right thing. I was shocked to know that she was accused of a crime. Before moving to GA to join Coca Cole, she worked for some well-known corporations, such as Saint-Gobain and Honeywell. I do not know that she had any legal issues at these companies. She never discussed research or product development details during private conversations.

Dr. You was a person with strong sense of duty, which applied to her job, family, and community. She was a loving and dedicated mother. She volunteered many times in school science projects and organized student carpool activities. She had always been kind and generous to others. She was very warmhearted and often invited friends to her house for parties. Neighbors could always count on her for help and support.

I hope that my letter corresponding to Dr. You's case acts as an effective and helpful aspect during the court's decision about this matter. If needed, I will be happy to give additional information.

Sincerely,

Hongmei Cai, PhD