# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Sentencing

USA v XIAORONG YOU                                    Date: 05/09/22

Case No. CR-2-19-14                Time  9:00 a.m. To 11:50 a.m.
Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |

| Curt Collins/Corey Shipley | Matt Walczewski/Nick Hunter/Mac Heavener |
|---|---|
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

**In re: Objection to obstruction of justice enhancement, related to para 16-19 and 29 of the PSR. Objection overruled regarding two-level enhancement for obstruction of justice pursuant to U.S.S.G. § 3C1.1.**

Deft given opportunity to speak - accepts
Court Pronounces Judgment

It is the judgment of the Court, that the defendant, Xiaorong You, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **120 months** as to each of Counts One through Eight, to be served concurrently, **168 months** as to Count(s) 9, 10, and 11 to be served concurrently, for a net sentence of **168 months** imprisonment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term **three (3) years** as to each count, to run concurrently for a net term of **three (3) years**.

It is ordered that the defendant shall make restitution in the amount of **$11,494.00** to ToyoChem Co, Ltd. in accordance with 18 U.S.C. § 3663A(b)(4). **$1,100.00** Assessment - **$200,000.00** Fine. (Interest is waived on the Fine and Restitution)

**CONDITIONS OF SUPERVISED RELEASE:**

**The mandatory drug testing condition is suspended in this case based on the Court's determination that the defendant poses a low risk of future substance abuse.**
[X] 13 standard conditions        [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs              [X] cooperate w/the collection of DNA as directed
[X] participate in a mental health program as directed by USPO
[X] no new credit w/o approval
[X] allow USPO access to financial information as requested
[X] pay fine/restitution at a rate of ___10%___ per month
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.
[X] You shall surrender any device or storage system in your possession to which you have transferred, in whole or in part, any trade secrets or other proprietary information at issue in this case.

**RECOMMENDATIONS:**

[X] that defendant be given credit for time served **from 2/14/19 to the present**
[X] receive a physical health evaluation, and a mental health evaluation, and any needed treatment while in the custody of the Bureau of Prisons / designation to the BOP federal facility FCI Aliceville, AL or FCI Marianna, FL
[X] Placed in custody of U.S. Marshal
**The defendant shall forfeit any and all assets and property as outlined in the Preliminary Order of Forfeiture filed on 11/30/21 as Document [389].**