UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00014-JRG |
| | ) | |
| XIAORONG YOU | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Xiaorong You appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on the 13th day of May, 2022 (Doc. 422).

*Respectfully Submitted,*

*s/ Corey B. Shipley*
Corey B. Shipley (BPR No. 032772)
**COLLINS SHIPLEY, PLLC**
102 South Main Street
Greeneville, TN 37743
Phone: (423) 972-4388
Fax:   (423) 972-4387
Email:  corey@collinsshipley.com

*s/ Curt Collins*
Curt Collins (BPR 030111)
**COLLINS SHIPLEY, PLLC**
102 South Main Street
Greeneville, TN 37743.
Phone: (423) 972-4388
Fax:   (423) 972-4387
Email:  curt@collinsshipley.com

*Counsel for Dr. You*