UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:19-CR-14 |
| | ) | |
| XIAORONG YOU, | ) | |
|    aka SHANNON YOU | ) | |

## FINAL ORDER OF FORFEITURE

On August 4, 2020, a Superseding Indictment [Doc. 217] was filed charging the defendant, XIAORONG YOU, with conspiracy to commit theft of trade secrets, in violation of Title 18, United States Code, Section 1832(a)(5) (Count One); theft of trade secrets, in violation of Title 18, United States Code, Section 1832(a)(3) (Counts Two through Eight); wire fraud, in violation of Title 18, United States Code, Section 1343 (Count Nine); conspiracy to commit economic espionage, in violation of Title 18, United States Code, Section 1831(a)(5) (Count Ten); and economic espionage, in violation of Title 18, United States Code, Section 1831(a)(3) (Count Eleven).

In the forfeiture allegations of the Superseding Indictment, the United States sought forfeiture pursuant to Title 18, United States Code, Section 2323(b), of the interest of the defendant in any property used, or intended to be used, in any manner or part to facilitate the commission of such offenses and any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offenses of Title 18, United States Code, Sections 1831 and 1832, and pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of Title 18, United States Code, Section 1343, as

set forth in the Superseding Indictment. The property to be forfeited includes, but is not limited to the following:

    a.    Western Digital External Hard Drive SN# WXD1A20H8933; and

    b.    Western Digital External Hard Drive SN# WX11AC7RTNUV. (collectively "the hard drives").

On April 22, 2021, after trial, a duly empaneled jury returned a guilty verdict against the defendant, XIAORONG YOU, for violations of Title 18, United States Code, Sections 1343, 1831(a)(3), 1831(a)(5), 1832(a)(3), and 1832(a)(5). [Doc. 301].

On November 30, 2021, pursuant to the guilty verdict, this Court entered a Preliminary Order of Forfeiture [Doc. 389] forfeiting to the United States the interest of defendant in and to the properties identified above pursuant 18 United States Code, Section 2323(b).

Pursuant to Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2323(b)(2), the Preliminary Order of Forfeiture, and Notice of Forfeiture, the hard drives described above were published on an official Government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 6, 2021, and ending on January 4, 2022. A Declaration of Publication [Doc. 414] was filed with the Clerk of this Court on March 2, 2022.

The Notice of Forfeiture advised that any person, other than the defendant, having or claiming a legal interest in the properties described above, was required to file a petition with the Court within sixty (60) days of the first date of publication of this Notice on the official Government internet web site, pursuant to Federal Rule of Criminal Procedure 32.2, and Title 21, United States Code, Section 853(n)(2). The Notice further provided that the petition was to be filed with the Clerk of the Court. It further required that the petition be signed by the petitioner

under penalty of perjury and set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

Defendant, XIAORONG YOU, was sentenced on May 9, 2022, and this Court entered a Judgment [Doc. 422] against the defendant on May 13, 2022. The Judgment states the defendant shall forfeit her interest in the property as set forth in the Preliminary Order of Forfeiture [Doc. 389] entered November 30, 2022.

It is therefore, **ORDERED, ADJUDGED,** and **DECREED**:

1. That the following properties are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2323(b) and Federal Rule of Criminal Procedure 32.2(b), and all right, title, and interest in the properties are hereby vested in the United States:

    a. Western Digital External Hard Drive SN# WXD1A20H8933; and

    b. Western Digital External Hard Drive SN# WX11AC7RTNUV.

2. The Federal Bureau of Investigation or its designated agency shall dispose of the forfeited property according to law.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

4. The Clerk of this Court shall provide a certified copy of this Order to the United States Attorney's Office.

ENTER:

          s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE