UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:19-CR-00014-JRG-CRW |
| XIAORONG YOU aka SHANNON YOU | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the United States' Unopposed Motion to Seal Highly Confidential Trial Exhibits Nunc Pro Tunc [Doc. 429]. The motion is **GRANTED**.

So ordered.

ENTER:

                                             s/J. RONNIE GREER
                                         UNITED STATES DISTRICT JUDGE