UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>XIAORONG YOU ) | No. 2:19-CR-14 |

ORDER

This matter is before the Court on the Court's *sua sponte* review of the docket. The Court set Defendant's resentencing hearing for November 13, 2023, at 10:30 a.m. The Court **ORDERS** that the United States Marshal, or his or her authorized deputy, transport Defendant from her place of incarceration to Greeneville, Tennessee for this hearing, allowing sufficient time for Defendant to be available to meet with her attorney before the hearing. The Court **ORDERS** the Bureau of Prisons to release Defendant to the United States Marshal for transport.

So ordered.

ENTER:

                   s/J. RONNIE GREER
                 UNITED STATES DISTRICT JUDGE