UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> XIAORONG YOU ) | No. 2:19-CR-14 |

## ORDER

This matter is before the Court on the Court's *sua sponte* review of the docket. The Court set Defendant's resentencing hearing for November 13, 2023, at 10:30 a.m. The parties are **ORDERED** to file briefs with the Court on or before **August 18, 2023,** stating their positions with respect to the intended loss to be attributed to Defendant in light of the Sixth Circuit's opinion [Doc. 442] in this case.

So ordered.

ENTER:

                                                    s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE