UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:19-CR-14 |
| | ) |
| XIAORONG YOU | ) |

ORDER

This matter is before the Court on Defendant's Motion to Extend the Briefing Schedule on the Issue of Intended Loss. [Doc. 452]. For good cause shown, Defendant's Motion is **GRANTED**. The parties shall file their briefs setting forth their respective positions on intended loss on or before **January 22, 2024.**

So ordered.

ENTER:

           s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

1