# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: Re-Sentencing

USA v XIAORONG YOU  Date: 09/16/24

Case No. CR-2-19-14  Time 9:00 a.m. To 10:37 a.m.

Honorable J. RONNIE GREER, U.S. District Judge, Presiding

| Kathy Hopson | Karen Bradley |
|---|---|
| Deputy Clerk | Court Reporter |
| David Eldridge/Corey Shipley | Heavener/Hunter/Walczewski |
| Defendant's Attorney | Asst. U.S. Attorney |

**PROCEEDINGS:**

Deft given opportunity to speak – declines.

Court Pronounces Judgment

It is the judgment of the Court, that the defendant, Xiaorong You, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **120 months** as to each of Counts One through Eight, to be served concurrently, and **168 months** as to each of Counts Nine, 10, and Count 11, to be served concurrently, for a net sentence of **168 months** imprisonment.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term **three (3) years** as to each count, to run concurrently for a net term of **three (3) years**.

**$1,100.00** Assessment; **$200,000.00** Fine; **$11,494.00** Restitution (Interest waived on restitution and fine)

**CONDITIONS OF SUPERVISED RELEASE:**

**The mandatory drug testing condition is suspended in this case, based on the Court's determination that the defendant poses a low risk of future substance abuse.**

[X] 13 standard conditions    [X] no firearms, no ammunition, no destructive devices, or any other dangerous weapon
[X] no illegal drugs    [X] cooperate w/the collection of DNA as directed
[X] participate in a mental health program as directed by USPO
[X] no new credit w/o approval
[X] allow USPO access to financial information as requested
[X] pay fine/restitution at a rate of    10%    per month
[X] You shall submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee.

**RECOMMENDATIONS:**

[X] receive a physical health evaluation and a mental health evaluation and any needed treatment while in the custody of the Bureau of Prisons
[X] Placed in custody of U.S. Marshal

**The defendant shall forfeit any and all assets and property as outlined in the Preliminary Order of Forfeiture filed on November 30, 2021, as Document 389.**